IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| COURTNEY BARRETT, AN ADULT INDIVIDUAL;<br><br>Plaintiff,<br><br>vs.<br><br>NEW AMERICAN ADVENTURES, LLC, A PENNSYLVANIA LIMITED LIABILITY COMPANY; ONE AMERICAN WAY, LLC, A PENNSYLVANIA LIMITED LIABILITY COMPANY, AND; AND UATP MANAGEMENT, LLC, A TEXAS LIMITED LIABILITY COMPANY;<br><br>Defendants, | 2:20-CV-01813-CRE |

## ORDER OF COURT

AND NOW, this 30th day of June, 2023, upon consideration of Plaintiff's Motion for Partial Summary Judgment (ECF No. 45) and Defendants' Motion for Summary Judgment (ECF No. 47) it is ORDERED as follows:

1. Plaintiff's Motion for Partial Summary Judgment (ECF No. 45) is denied as moot; and,

2. Defendants' Motion for Summary Judgment (ECF No. 47) is granted.

BY THE COURT:

s/Cynthia Reed Eddy
United States Magistrate Judge

cc: all counsel of record *via CM/ECF electronic filing*